Simon Gursky v. Frank W. Blair and Others.— Motion granted. Plaintiff stayed until ten days after determination of appeal herein. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Walter Weston v. James R. Watts.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph Epstein v. Rockville Centre Improvement Company.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry Prince v. Ely J. Rieser.— Motion for reargument denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Interborough Rapid Transit Company.— Application granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Maurice B. Rich.— Application granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of William A. Hayes.— Motion granted to the extent stated in memorandum per curiam. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Fred E. Pierce v. Sun Insurance Office.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Public Service Commission (Lexington Avenue Route). — Application granted. Memorandum per curiam. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Abraham Kalisky.— Motion for commission granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jeanne Savouret v. Consolidated Gas Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jeanne Savouret v. Consolidated Gas Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of John P. O'Brien.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Helen Keough, an Infant, by Her Guardian ad Litem, Margaret Keough, Respondent, v. Charles Menge, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.